IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

LUIS CORDOVA,

    Petitioner,

v.                                                                     No. 1:25-cv-03037-JDB-jay

SCOTT LADWIG, et al.,

    Respondents.

---

ORDER GRANTING MOTION TO DISMISS DEFENDANT JULIAN WISER AND
REASSIGNING CASE

---

    Before the Court is the motion of Petitioner, Luis Cordova, to dismiss Defendant, Sheriff Julian Wiser, and change division. (Docket Entry 11.) Petitioner explains that his counsel was informed that Petitioner was being held in "Madison County" and misunderstood it to mean Madison County, Tennessee. (*Id.* at PageID 53.) Petitioner's counsel now understands that Petitioner was being held in Madison County, Mississippi, and has never been held in Madison County, Tennessee. (*Id.*) Thus, he states that Sheriff Julain Wiser, Warden of the Madison County, Tennessee, Jail, never should have been named as a defendant. (*Id.* at PageID 54.) Petitioner believes the Western Division of this Court is the appropriate division because, at the time of the filing of his petition, he was being held in Memphis. (*Id.*)

    The Court finds the motion well-taken, and it is GRANTED. The Clerk is DIRECTED to terminate Defendant Wiser from this action and to reassign this matter to an active judge in the Western Division of this Court for all further proceedings. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 1:25-cv-

03037-JDB-jay to the initials of the reassigned judge. Any deadlines previously set are hereby vacated and will be re-set by the assigned Judge.

    IT IS SO ORDERED this 17th day of November 2025.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE