**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS CORDOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-03037-TLP-jay |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, KRISTI NOEM, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, PAMELA BONDI, | ) | |
| EXECUTIVE OFFICE OF IMMIGRATION | ) | |
| REVIEW, and ICE ENFORCEMENT AND | ) | |
| REMOVAL OPERATIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE
PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner Luis Cordova has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and a Motion for an Order to Show Cause why the Petition for a Writ of Habeas Corpus should not be granted.  (ECF Nos. 1, 10.)

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1]  The Clerk is **DIRECTED** to terminate Kristi Noem, the Department

---

[1] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Nov. 19, 2025); *see Godinez-Lopez v. Ladwig, et al.*, Civ. No. 25-2962, ECF No. 1 (W.D. Tenn. Oct. 17, 2025).

of Homeland Security, Pamela Bondi, the Executive Office of Immigration Review, and ICE

Enforcement and Removal Operations as Respondents.

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on

Respondent Scott Ladwig[2] by certified mail and shall provide a copy of the § 2241 Petition and

this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall

also serve the United States Attorney for the Western District of Tennessee electronically at the

following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i),

the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S.

Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondent is

**ORDERED** to not remove Petitioner from the Western District of Tennessee while the § 2241

Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition and the Motion for an Order to Show

Cause, Respondent is **ORDERED** to show cause in writing within three (3) days why the § 2241

Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a

thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim the

petitioner must exhaust remedies.

Petitioner may file a reply within three (3) days of service of the return.  If the Petitioner

asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform

the Respondent of those issues in the return.

A hearing date shall be set by separate order.  *See* 28 U.S.C. § 2243.

---

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See* New Orleans Field Office | ICE, https://www.ice.gov/field-office/new-orleans-field-office (last accessed Nov. 19, 2025).

**SO ORDERED**, this 19th day of November, 2025.

        s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE