**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS CORDOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-03037-TLP-jay |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING HEARING ON PETITION**

Petitioner Luis Cordova, an alien detained in the Central ICE Processing Facility in Oakdale, Louisiana, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.)  On November 19, 2025, the Court entered an Order directing Respondent to show cause why the Writ should not be granted and indicating that a hearing on the Petition would be set in a separate order.  (ECF No. 9.)  Respondent has responded to the Show Cause Order (ECF No. 15), and the Court therefore **ORDERS** that a hearing on the Petition be set for Tuesday, December 2, 2025, at 2:30 p.m.  The Court finds good cause to delay the hearing later than five days after the filing of the Respondent's Response because Tuesday, December 2, at 2:30 p.m. is the next available time for the hearing after the Court's closure on Thursday, November 27, 2025 and Friday, November 28, 2025.  *See* 28 U.S.C. § 2243.[1]

---

[1] The Parties have stipulated that this hearing will address solely legal issues and that the presence of Petitioner at the hearing is unnecessary.  (ECF No. 15.)

**SO ORDERED**, this 25th day of November, 2025.

        s/Thomas L. Parker

THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE